GLADYS BUTLER, Respondent, v. CHAPIN MARCUS, Appellant.†— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J., and Merrell, J., dissent and

* Motion to dismiss appeal denied, 263 N. Y. 599.    † Affd., 264 N. Y. ——.

vote to reverse and grant defendant's motion to dismiss, on the authority of *Schley* v. *Andrews*, 225 N. Y. 110.